**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOY L. CRAMER, JESSICA ROZEK,
as personal representative of the Estate
of Philip G. Rodgers,

      Plaintiff,

vs.                                        CASE NO. 6:04-CV-1089-ORL-19DAB

TERESA A. RODGERS,

      Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 60, filed May 25, 2005). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 60) is **ADOPTED and AFFIRMED.** Unum Life Insurance Company of America's Motion for Attorneys' Fees (Doc. No. 50, filed May 6, 2005) is **GRANTED IN PART.** Unum Life Insurance Company of America is awarded attorney's fees in the amount of $8,068. and recoverable costs of $150.00, to be paid from the proceeds of the life insurance deposited in the Registry of the Court.

**DONE AND ORDERED** at Orlando, Florida, this ___6th___ day of July, 2005.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Counsel of Record