**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOY L. CRAMER, JESSICA ROZEK,
as Personal Representative of the
Estate of Phillip G. Rodgers,

        Plaintiffs,

vs.                              CASE NO. 6:04-CV-1089-ORL-19DAB

TERESA A. RODGERS,

        Defendant.

_____

**FINAL ORDER ON CONSENT DECREE**

**THIS CAUSE,** having come before the Court on the Joint Motion for Final Order

on Consent Decree of Plaintiffs, JOY L. CRAMER and JESSICA ROZEK, as Personal

Representative of the Estate of Phillip G. Rodgers, and Defendant, TERESA A. RODGERS,

and the Court having reviewed the parties' Consent Decree and the pleadings filed in this

cause, and being advised that those parties hereto seek approval of the Consent Decree and

Final Order thereon,

      **IT IS HEREBY ORDERED AND ADJUDGED** as follows:

      1.      The Consent Decree filed in this cause is approved and ratified by the Court,

and the Clerk of the Court is hereby directed to disburse to Plaintiffs' counsel, Barry E.

Hughes, in trust for Joy L. Cramer, the funds that have been deposited by Unum Life

Insurance Company, Inc., in this cause less the Clerk's fee.

      2.      Any and all other pending motions are hereby denied, and this case is closed.

**DONE AND ORDERED** at Orlando, Florida, this ___25th___ day of October,

2005.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Counsel of Record

Teresa A. Rodgers
Volusia County Branch Jail
Booking No. 586354
P.O. Box 2865
Daytona Beach, FL 32120